# MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   SAMUEL SERVIN DIAZ   [1]   08MJ0340

[]   []

The Honorable:   RUBEN B. BROOKS

Atty   FRANK BALISTRIERI   for   [1]   -   CJA

Atty   _____   for   []   -

Atty   _____   for   []   -

AUSA: CALEB MASON
TAPE NO. RBB08-1:924-929 (5 MINS)

WAIVER OF ID/REMOVAL HEARING FILED.
WARRANT OF REMOVAL SUBMITTED.
DEFT ORDERED REMOVED FORTHWITH TO EASTERN DISTRICT OF PENNSYLVANIA.

Date:   02/21/08

END OF FORM                                   by   VTL