# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

FILED
08 MAR 13 AM 9:14
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ CP _____ DEPUTY

PLEASE RECEIPT AND RETURN

W. Samuel Hamrick, Jr.
Clerk of Court

RECEIVED
MAR - 4 2008

February 25, 2008

Clerk, U.S. District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106-1797

Re:   08mj340 RBB, USA v. Diaz

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| X | Docket Sheet | X | Warrant of Removal |
| X | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | | Waiver of Removal |
| | Personal Surety Bond | | |
| X | Other | Waiver; Order of Detention; Minutes dated 2/21/08 | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

**P. DELA CRUZ**
By: _____
P. Dela Cruz, Deputy Clerk

3-4-08

_____
Carlos M Cardona, Deputy Clerk